# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JOSEPH RANDALL BIGGS<br><br><br>*Defendant(s)* | Case: 1:21-mj-00126<br>Assigned to: Judge Robin M. Meriweather<br>Assign Date: 1/19/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ District of ____Columbia____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 1512(c) | Obstruction of an Official Proceeding |
| 18 U.S.C. § 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. §§ 5104(e)(2)(D) and (F) | Violent and Disorderly Conduct |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric S. McGuire, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephone** _____ (specify reliable electronic means).

Date: 01/19/2021

_____ 2021.01.19 21:17:47 -05'00'
*Judge's signature*

City and state: Washington, DC

Robin M. Meriweather
U.S. Magistrate Judge
*Printed name and title*