AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JOSEPH RANDALL BIGGS

Case No.

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joseph Randall Biggs,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C § 1512(c), Obstruction of an Official Proceeding
18 U.S.C. § 1752(a), Restricted Building or Grounds
40 U.S.C. §§ 5104(e)(2)(D) and (F), Violent and Disorderly Conduct

Date: 01/19/2021

2021.01.19
21:13:12
-05'00'

*Issuing officer's signature*
Robin M. Meriweather

City and state: Washington, D.C.

United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/19/2021, and the person was arrested on *(date)* 1/20/2021
at *(city and state)* ORMOND BEACH, FL.

Date: 2/9/2021

*Arresting officer's signature*

TODD MYERS, SPECIAL AGENT
*Printed name and title*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO. 6:21-mj-1047-EJK**

**JOSEPH RANDALL BIGGS**

AUSA: Karen Gable
FPD: Michael Ryan

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **January 20, 2021**<br>3:08 P.M.- 3:38 P.M.<br>30 minutes |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | |
| DEPUTY CLERK: | T. LeGros | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Juan Cabrera |

## CLERK'S MINUTES
## INITIAL APPEARANCE
### (Rule 5C - District of Columbia)

**Defendant was arrested today**

Case called, appearances made, procedural setting by the Court.
Government advises defendant of the charges in the Complaint and potential penalties
Court advises defendant of his rights, including Rule 20 rights.
Defendant requests court appointed counsel for this hearing; Court appoints FPD for this hearing; Order to enter.
Defendant waives Rule 5 & 5.1 hearings.
Government is not seeking detention.
Court raises concern as to the safety of the community/obstruction of justice; Government and defense respond.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court advises of Due Process Protection Act.
Court adjourned.

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                   CASE NO: 6:21-mj-1047-EJK

JOSEPH RANDALL BIGGS

                                                        **Charging District's**
                                                        **Case No.**

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint)

I, **Joseph Randall Biggs**, understand that I have been charged in another district, the District of Columbia. I have been informed of the charges and of my rights to:

(1)      retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)      an identity hearing to determine whether I am the person named in the charges;
(3)      production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)      a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;
(5)      a hearing on any motion by the government for detention;
(6)      request transfer of the proceedings to this district under Fed.R. Crim.P. 20, to plead guilty.

## I AGREE TO WAIVE MY RIGHT(s) TO:

☐      an identity hearing and production of the warrant

☐      a preliminary hearing

☐      a detention hearing

☒      an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

     I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

January 20, 2021                                                     _____
                                                                       Defendant's Signature

                                                                      _____
                                                                      Signature of defendant's attorney

                                                                      _____
                                                                      Printed name of defendant's attorney

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:21-mj-1047-EJK

**JOSEPH RANDALL BIGGS**

## APPEARANCE BOND

### Defendant's Agreement

I, Joseph Randall Biggs, (*defendant*), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:
- ☑ to appear for court proceedings;
- ☑ if convicted, to surrender to serve a sentence that the court may impose; or
- ☑ to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

**(1)  This is an unsecured bond of $25,000.00**

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

AO 98 (Rev. 12/11) Appearance Bond                                                                                                                Page 2

## Declarations

*Ownership of the Property.*   I, the defendant – and each surety – declare under penalty of perjury that:
    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.*   I, the defendant – and each surety- have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me.   I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: January 20, 2021

_____
*Defendant's signature*

CLERK OF COURT

Date: January 20, 2021

*T. LeGros*
_____
T. LeGros, *Deputy Clerk*

Approved.

Date: January 20, 2021

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                     Case no: 21-mj-1047-EJK

JOSEPH RANDALL BIGGS

ORDER SETTING CONDITIONS OF RELEASE

**IT IS ORDERED** that the release of the defendant is subject to the following conditions and provisions:

(1) The defendant **must not violate** any federal, state or local law while on release in this case.

(2) The defendant **must cooperate** in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant **must immediately advise** the court, Pretrial Services Office, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(4) The defendant **must appear** at all proceedings as required and must surrender for service of any sentence imposed as directed. The defendant shall next appear in the United States District Court where the charges are pending, or the United States Courthouse, 401 W. Central Boulevard, Orlando, FL 32801, in the Courtroom directed upon notice.

(5) The defendant **must report** as soon as possible to the Pretrial Services Office any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

(6) The defendant **must refrain** from any use or possession of a narcotic drug or other controlled substances listed in 21 U.S.C. § 802, unless with prior written approval of the Pretrial Services Officer or as may be lawfully prescribed in writing by a licensed medical practitioner.

(7) Defendant **shall not** attempt to influence, intimidate, injure, tamper with, or retaliate against any juror, judicial officer, witness, victim, or informant in this case.

(8) If ordered to comply with drug testing or location monitoring, the defendant must refrain from tampering with, obstructing, or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any such testing or monitoring.

1

## ADDITIONAL CONDITIONS OF RELEASE

In order to reasonably assure the appearance of the defendant and the safety of any person and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

- [x] ** Defendant shall be subject to Pretrial Services supervision and shall report as directed by the Pretrial Services Office.
- [ ] ** Defendant shall not change residential address without advanced approval from Pretrial Services.
- [x] ** Defendant shall refrain from having in the defendant's residence, or otherwise in the defendant's possession, any firearm, ammunition, destructive device, or other dangerous weapon.
- [ ] Defendant shall refrain from the excessive use of alcohol.
- [ ] Defendant shall refrain from the use of alcohol.
- [x] Defendant shall surrender any passport:
  - [ ] prior to release; or
  - [x] to Clerk, U.S. District Court, by 4:00 p.m. on  January 22, 2021
- [x] Defendant shall obtain no passport or travel documents.
- [ ] ** Defendant's travel and residence restricted to the Middle District of Florida.
- [x] ** Defendant's travel restricted  MDFL and D.C., as necessary for court appearances

- [ ] Notwithstanding the foregoing, Pretrial Services may approve travel.
- [ ] ** Defendant shall refrain from direct or indirect contact with any victim, witness, or the family of any victim or witness, including specifically:

2

[X] The defendant executes an UNSECURED bond binding the defendant to pay the United States the sum of $ 25000 in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

[ ] Defendant shall execute a cash bond binding the defendant to pay the United States the sum of $_____ in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

[ ] Defendant's bond shall be secured by the following property:_____

_____

[ ] The bond shall be co-signed by _____

[ ] Defendant shall provide a corporate surety bond guaranteeing payment to the United States the sum of $_____ in the event of a failure to appear as required or to appear for service of any sentence imposed.

[ ] Defendant shall be placed in the custody of _____, who shall act as a third party custodian in this case and who agrees to the following:

(a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

            Signed: _____

[ ] Defendant shall maintain, actively seek, or commence:

  [ ] verifiable employment    [ ] an education program

[X] Defendant shall participate in a psychiatric and mental health assessment, evaluation, and treatment, as directed by Pretrial Services, with costs to be borne by the defendant, as determined by Pretrial Services.

[X] Defendant shall submit to any method of testing required by Pretrial Services for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and any form of prohibited substance screening or testing.

[X] Defendant shall participate in a program of inpatient or outpatient substance abuse testing, education, and treatment if deemed advisable by Pretrial Services and pay a percentage of the fee, as determined by Pretrial Services.

[ ] Participate in mental health/psychiatric and/or specialized treatment for defendants charged

3

with a sex offense as directed by Pretrial Services.

[X] ** Defendant shall participate in the Location Monitoring program and abide by all the rules of the program and will pay all or part of the costs of the program as directed by Pretrial Services.

    [ ] ** Curfew: You are restricted to your residence every day from _____ to _____ or as directed by the Pretrial Services Office.

    [X] Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office.

    [ ] Home Incarceration: You are restricted to your residence at all times except for medical needs or treatment, religious services, attorney visits and court appearances pre-approved by the Pretrial Services Office.

Location Monitoring will be performed:

    [ ] using GPS monitoring equipment.

    [X] using electronic monitoring equipment, at the discretion of Pretrial Services.

[ ] ** Defendant shall have no contact with minors without a responsible adult present.

[ ] ** Defendant shall have no contact with minors.

[ ] ** Defendant's residence shall not contain:

    [ ] Internet service accessible from inside the residence.

    [ ] Any electronic device capable of connecting to the Internet (including, but not limited to any computer, smart phone, hand-held computing device, or gaming console).

    [ ] Any medium capable of storing data from the Internet (for example, a flash drive, a compact disc, a floppy disk, and cloud based storage).

    [ ] Encrypted data, or any device capable of encrypting data.

[ ] ** Defendant shall not use or possess:

    [ ] Any electronic device capable of connecting to the Internet (including, but not limited to any computer, smart phone, hand-held computing device, or gaming

4

console). This prohibition applies to all locations, whether public or private, such as libraries, internet cafes, the defendant's places of employment, educational facilities, or any other third-party locations.

☐ Any medium capable of storing data from the Internet (for example, a flash drive, a compact disc, a floppy disk, and cloud based storage).

☐ Encrypted data, or any device capable of encrypting data.

☐ Defendant may use an electronic device and access the Internet at work solely for work-related purposes and shall not access any illegal or prohibited content. Defendant and his employer must permit routine inspection of the electronic device to confirm adherence to this condition. You must inform your employer and any other third party that this condition, including the inspection provision. Pretrial Services must conduct any inspections in a manner no more intrusive than necessary to ensure compliance with this condition.

The following additional conditions also apply:

5

## ADVICE OF PENALTIES AND SANCTIONS TO THE DEFENDANT

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State, Zip Code          Phone

## DIRECTIONS TO THE UNITED STATES MARSHAL

[X] The defendant is **ORDERED** released after processing.

[ ] The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: January 20, 2021

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Pretrial Services Office
United States Marshals Service
Assistant U.S. Attorney
Counsel of Record

7

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                 **CASE NO: 6:21-mj-1047-EJK**

**JOSEPH RANDALL BIGGS**

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

Joseph Randall Biggs, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from District of Columbia was held on January 20, 2021.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that JOSEPH RANDALL BIGGS is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary hearing has been held because the defendant elects to have the preliminary hearing conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that JOSEPH RANDALL BIGGS answer in the district court in which the prosecution is pending.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 20, 2021 .

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

IN RE:   Due Process Protections Act            CASE NO. 3:20-mc-20-J-32

**STANDING ORDER REGARDING**
**DUE PROCESS PROTECTIONS ACT**

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny and orders the United States to do so.  Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions.

The Clerk is directed to enter this order in all criminal cases pending on October 21, 2020, or filed thereafter.

**DONE AND ORDERED** in Jacksonville, Florida on December 1, 2020.



TIMOTHY J. CORRIGAN
Chief United States District Judge

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:21-mj-01047-EJK All Defendants

Case title: USA v. Biggs

Date Filed: 01/20/2021
Date Terminated: 01/20/2021

Assigned to: Magistrate Judge Embry J. Kidd

### Defendant (1)

**Joseph Randall Biggs**
*TERMINATED: 01/20/2021*

represented by **Michael Shay Ryan**
Federal Public Defender's Office
201 S Orange Ave., Ste 300
Orlando, FL 32801-3417
407/648-6338
Fax: 407/648-6765
Email: michael_ryan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1512(c)(2)Obstruction of an Official Proceeding; 18:1752(a) Restricted Building or Grounds; 40:5104(e)(2)(D) and (F), Violent and Disorderly Conduct | |

### Plaintiff

| USA | represented by | Karen L. Gable |

Karen L. Gable
US Attorney's Office - FLM*
Suite 3100
400 W Washington St
Orlando, FL 32801
407/648-7500
Email: karen.gable@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2021 | 1 | Arrest pursuant to Rule 5(c)(2) of Joseph Randall Biggs from the District of Columbia. (PML) (Entered: 01/20/2021) |
| 01/20/2021 | 2 | Minute Entry for In Person proceedings held before Magistrate Judge Embry J. Kidd: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 1/20/2021 as to Joseph Randall Biggs from the District of Columbia. (Digital) (PML) (Entered: 01/20/2021) |
| 01/20/2021 | 3 | ***CJA 23 Financial Affidavit by Joseph Randall Biggs. (PML) (Entered: 01/20/2021) |
| 01/20/2021 | 4 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Joseph Randall Biggs. Signed by Magistrate Judge Embry J. Kidd on 1/20/2021. (PML)** (Entered: 01/20/2021) |
| 01/20/2021 | 5 | WAIVER of Rule 5 & 5.1 Hearings hearing by Joseph Randall Biggs. (PML) (Entered: 01/20/2021) |
| 01/20/2021 | 6 | APPEARANCE BOND (Unsecured) entered as to Joseph Randall Biggs in amount of $25,000.00. (PML) (Entered: 01/20/2021) |
| 01/20/2021 | 7 | **ORDER Setting Conditions of Release as to Joseph Randall Biggs; Unsecured Appearance bond with additional conditions. Signed by Magistrate Judge Embry J. Kidd on 1/20/2021. (PML)** (Entered: 01/20/2021) |
| 01/20/2021 | 8 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Joseph Randall Biggs. Signed by Magistrate Judge Embry J. Kidd on 1/20/2021. (PML)** (Entered: 01/20/2021) |
| 01/20/2021 |  | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Joseph Randall Biggs. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (PML) (Entered: 01/20/2021) |
| 01/20/2021 | 9 | **ORDER as to Joseph Randall Biggs: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (PML)** (Entered: 01/20/2021) |
| 01/22/2021 | 10 | Receipt for Surrender of Passport as to Joseph Randall Biggs; Passport Number 536415609, issued by U.S.A. (SPM) (Entered: 01/22/2021) |

| | | |
|---|---|---|
| 01/22/2021 | [11](#) | TRANSFER of Passport number 536415609 to District of Columbia via USPS Certified Mail (tracking #7014 2870 0000 3068 2174) as to Joseph Randall Biggs. Country: USA. (TNP) (Entered: 01/22/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/09/2021 14:28:48 | | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:21-mj-01047-EJK |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**