## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No: 21-mj-126 (RMM)** |
| | **:** | |
| **JOSEPH RANDALL BIGGS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |
| | **:** | |

## JOINT MOTION TO TOLL SPEEDY TRIAL

The United States of America, by and through the United States Attorney for the District

of Columbia, and Defendant Joseph Randall Biggs ("Biggs"), by and through his counsel,

respectfully move the Court for an Order to Exclude Time Pursuant to the Speedy Trial Act

under 18 U.S.C. § 3161(b).

1.      On January 19, 2021, Biggs was charged by criminal complaint with violations of

18 U.S.C. §§ 1512(c) and 1752(a), and 40 U.S.C. §§ 5104(e)(2)(D) and (F) for his conduct in

and around the U.S. Capitol on January 6, 2021.

2.      On January 20, 2021, Biggs was presented in U.S. District Court for the Middle

District of Florida and participated in an initial appearance. Biggs was ordered released with

conditions that included an order to stay away from Washington, D.C.

3.      On or about January 22, 2021, counsel for the government and the defendant held

a telephone call concerning the scheduling of a hearing in this district. Counsel have been in

contact by telephone since that date. Defense counsel has been contact with Defendant Biggs,

who resides in Florida. Counsel have discussed and agree that the interests of justice are best

served by the exclusion of time under the Speedy Trial Act.

**WHEREFORE**, the parties respectfully request that this Court issue an Order excluding all time from the calculation of time pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(b) from February 9, 2021, until a hearing can be scheduled in this matter. The parties respectfully request that such hearing be scheduled on a date and time after March 8, 2021.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
N.Y. Bar No. 4444188


By: ___/s/ *Jason McCullough*_____
JASON B.A. MCCULLOUGH
Assistant United States Attorney
DC Bar No. 998006; NY Bar No. 4544953
555 4th Street, N.W.
Washington, D.C. 20001
(202) 252-7233
jason.mccullough2@usdoj.gov



J. DANIEL HULL
COUNSEL FOR DEFENDANT


By: ___/s/ *Daniel Hull*_____
J. DANIEL HULL
Partner
DC Bar No. 323006; California Bar No. 222862
Hull McGuire PC
1420 N Street, N.W.
Washington, D.C.   20005
(619) 895-8336
jdhull@hullmcguire.com


Dated:   February 9, 2021