IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

      v.                                                      Case No: 21-mj-126 (RMM)

**JOSEPH RANDALL BIGGS,**

      **Defendant.**

## NOTICE OF APPEARANCE

The Clerk is hereby notified that the undersigned, John Daniel Hull, appears on behalf of Defendant Joseph Randall Biggs in the above-styled action. He appears as retained.

                                         Respectfully submitted,
                                         JOHN DANIEL HULL
                                         COUNSEL FOR DEFENDANT


                                         By: _____/s/ J. Daniel Hull
                                         JOHN DANIEL HULL

                                         DC Bar No. 323006; California Bar No. 222862
                                         Hull McGuire PC
                                         1420 N Street, N.W.
                                         Washington, D.C. 20005
                                         619-895-8336

                                         jdhull@hullmcguire.com