Rev. 9/2011

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Criminal Case No.: 21-mj-126

Joseph R. Biggs

**PASSPORT RECEIPT**

Defendant's passport, number 536415609, has been surrendered to the undersigned Deputy Clerk.

By: Joseph R. Biggs
  Defendant

ANGELA D. CAESAR, Clerk

By: _____
  Deputy Clerk